**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Miguel DE LA CRUZ–QUINTANA, also known as Miguel Villamil, Defendant–Appellant.**

**No. 14–41309**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Miguel De La Cruz–Quintana raises an argument that is foreclosed by *United States v. Izaguirre–Flores,* 405 F.3d 270, 277–78 (5th Cir.2005), which held that the North Carolina offense of taking indecent liberties with a child constituted "sexual

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

abuse of a minor" and thus is a crime of violence for purposes of the 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii).

The motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.